IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Plaintiff

vs.

NORDAQ ENERGY, INC.

    Defendant

Case No: 3:13-cv-00152-TMB

**Order Dismissing Case Without Prejudice**

The parties having filed a Joint Motion to Dismiss this case without prejudice,

IT IS ORDERED that this case is dismissed without prejudice.

Dated this 29th day of October 2013

    /s/ Timothy M. Burgess
    TIMOTHY M. BURGESS
    U.S. DISTRICT COURT JUDGE